**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MIRIAM CRUZ, on behalf of herself and all others similarly situated,

                Plaintiff,

                                                    Case 1:22-cv-5462

-against-

WESTERN UNION HOLDINGS, INC.,

                Defendant,

---

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, without prejudice, and without costs to any party in this action. Each party will bear its own costs and fees.

Dated: April 13th, 2023

| | |
|---|---|
| By: */s/ Mars Khaimov* <br> Mars Khaimov, Esq. <br> Mars Khaimov Law, PLLC <br> Attorney for Plaintiff <br> 108-26 64th Ave., Floor 2 <br> Forest Hills, NY 11375 <br> T: 929-324-0717 <br> mars@khaimovlaw.com | By: */s/ Vinay Patel* <br> Vinay Patel, Esq. <br> Littler Mendelson P.C. <br> Attorneys for Defendant <br> 900 Third Avenue <br> New York, NY 10022 <br> T: 212-583-2692 <br> VPatel@littler.com |